EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| | 2023 TSPR 88 |
| Ángel L. Ortiz López | 212 DPR ___ |

Número del Caso:  TS-18,057


Fecha:  5 de julio de 2023


Abogado del peticionario:

        Por derecho propio



Materia: Reinstalación al ejercicio de la notaría.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo.  Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Ángel L. Ortiz López

TS-18,057

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de julio de 2023.

Examinada la *Moción en solicitud de reinstalación al ejercicio de la notaría* y el *Contrato de fianza notarial* presentados el 28 de junio de 2023 por el Lcdo. Ángel L. Ortiz López, así como la *Certificación* presentada el 30 de junio de 2023 por el Programa de Educación Jurídica Continua (PEJC), se reinstala al licenciado Ortiz López **al ejercicio de la notaría.**

Se aprueba la fianza otorgada por el Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el **28 de junio de 2023,** para garantizar las funciones notariales del peticionario. Remítase la fianza notarial al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal del peticionario.

A la luz de lo anterior, el licenciado Ortiz López tendrá la obligación de recoger su sello y obra notarial depositada y custodiada en el Archivo General de Protocolos del Distrito Notarial de Caguas. En suma, se ordena a la Secretaría de este Tribunal hacer el cambio correspondiente en el Registro Único de Abogados y Abogadas (RUA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo